IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY D. SCHIMMEL,
    Petitioner,

vs.                                      3:09cv534/LAC/MD

WALTER MCNEIL,
    Respondent.
_____

## O R D E R

Petitioner has filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2254 (doc. 9), along with a supporting memorandum (doc. 10) and affidavit (doc. 11). However, petitioner has failed to provide sufficient service copies of these documents. Petitioner must submit one complete copy for the named respondent, and one for the Attorney General of the State of Florida.[1]

Accordingly, it is ORDERED:

1.    Petitioner shall, within **twenty-eight (28) days** of the docketing date of this order, submit **one additional copy of the amended petition and memorandum, and two copies of his affidavit**. This case number should be written on the copies.

2.    Failure to provide the appropriate service copies will result in a recommendation that this case be dismissed.

DONE AND ORDERED this 26th day of January, 2010.

                /s/ *Miles Davis*
                **MILES DAVIS**
                **UNITED STATES MAGISTRATE JUDGE**

---

[1] Petitioner submitted one copy of his amended petition and memorandum, and no copies of his affidavit.