IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY D. SCHIMMEL,
Petitioner,

vs. Case No.: 3:09cv534/LAC/EMT

KENNETH S. TUCKER,
Respondent.
_____________________________________/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 24, 2012 (doc. 62). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 9) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk of court is directed to close this case and the companion case, Case No. 3:11cv32/LAC/EMT.

**DONE AND ORDERED** this 28th day of February, 2012.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**